# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 20-1049

Jeffery Just

Appellee

v.

City of St. Louis, Missouri

Nellie Kuykendall, in her individual capacity and Eric B. Henry, in his individual capacity

Appellants

------------------------------------------------------------

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:18-cv-00424-NAB)

------------------------------------------------------------

**ORDER**

A petition for rehearing has been filed by appellants in the above case. The court requests a response to the petition for rehearing en banc.

The response is limited to 3900 words, and must contain a word count certificate. The response should be filed electronically by April 6, 2020.

March 27, 2020

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
　　　/s/ Michael E. Gans